AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED SCRANTON
SEP 16 2014
PER ___ MS ___
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:14 MJ-86 |
| ERIC MATTHEW FREIN | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 12, 2014** in the county of **Pike** in the **Middle** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1073 | The Defendant, Eric Matthew Frein, did knowingly and intentionally move and travel in interstate commerce with the intent to avoid prosecution under the laws of the Commonwealth of Pennsylvania for a crime which is a felony under the laws of the Commonwealth of Pennsylvania, that is, First Degree Murder in addition to other felony offenses. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

LARRY WHITEHEAD, SPECIAL AGENT - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/16/14

_____
*Judge's signature*

City and state: Scranton, Pennsylvania    Thomas M. Blewitt, U.S. Magistrate Judge
*Printed name and title*