IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE SEALED MATTER | NO. 3:14-MJ-86 |
|---|---|
| | |

## MOTION TO UNSEAL

The United States of America, by its undersigned counsel, moves to unseal the Criminal Complaint and the Arrest Warrant. It is specifically requested that only those documents be unsealed as it will assist authorities in attempting to apprehend the defendant. It is further requested that the Affidavit of Special Agent Larry Whitehead in support of the Criminal Complaint remain sealed for the reasons offered in the original application to seal this case and to protect the identify of potential witnesses.

For the convenience of the Court, a proposed Order is attached.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s/ John C. Gurganus, Jr.
_____
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

**FILED
SCRANTON**

SEP 17 2014

PER _____
DEPUTY CLERK