IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE SEALED MATTER | NO. 3:14-MJ-86 |

## ORDER

Upon Motion of the United States Attorney and for good cause shown, IT IS ORDERED that the face sheet of the Criminal Complaint, and the Arrest Warrant issued by this Court, be unsealed and be made public.  IT IS FURTHER ORDERED that the Affidavit of Special Agent Larry Whitehead in support of the Criminal Complaint remain sealed until further order of the Court.

THOMAS M. BLEWITT
United States Magistrate Judge

DATE: September 17, 2014

FILED
SCRANTON

SEP 17 2014

PER _____
/DEPUTY CLERK